# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SYLVESTER BROWN, | ) | 3:07-CV-0308-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 6, 2009 |
| | ) | |
| TA OPERATING LLC dba TRAVEL CENTERS OF AMERICA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Motion to Excuse Insurance Carrier Representative from Attending Early Neutral Evaluation Session (Doc. #50).  Good cause appearing,

Defendant's Motion to Excuse Insurance Carrier Representative from Attending Early Neutral Evaluation Session (Doc. #50) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
         Deputy Clerk