AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

SYLVESTER BROWN,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
  V.

                 CASE NUMBER: **3:07-CV-00308-ECR-VPC**

TA OPERATING LLC
D.B.A. TRAVEL CENTERS OF
AMERICA,, et al.,

      Defendants.

-   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

-   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

- **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (#62) is **GRANTED.**

  April 26, 2010                           **LANCE S. WILSON**
                                                   Clerk

                                                    /s/ D. R. Morgan
                                                    Deputy Clerk